FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 OCT 25 PM 2:21

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FRED LAWRENCE, )
)
    Plaintiff, )
)
v. ) CASE NO. CV409-088
)
ROGER WOODS FOODS, )
)
    Defendant. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 29), to which an objection has been filed (Doc. 31). Plaintiff's objection (Doc. 31) amounts to nothing more than conclusory allegations devoid of the proper form of evidentiary support. Plaintiff again attempts to improperly shift his evidentiary burden to Defendant. Even after fully reviewing "Plaintiff's Motion for Summary Judgment, and Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment" (Doc. 21), the grant of summary judgment in favor of Defendant is appropriate. Plaintiff's motion fails to create a genuine issue of material fact for trial.[1]

---

[1] Despite any indication in the Report and Recommendation to the contrary, the Court has considered both components of Plaintiff's motion: (1) motion for summary judgment and (2) motion in opposition to Defendant's motion for summary judgment. First, Plaintiff's motion for summary judgment is untimely. Even so, an examination of the motion on its merits does not change the outcome of this case. To be clear, the Court has

After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ADOPTS** the same as its opinion. Defendant's motion for summary judgment (Doc. 17) is **GRANTED**. Plaintiff's cross-motion and motion in opposition are **DENIED** as both untimely and being without merit. This case is **DISMISSED WITH PREJUDICE**. The **Clerk of Court** is **DIRECTED** to close this case.

SO ORDERED this 25th day of October 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

treated the second component of this motion as timely filed. Regardless, it is insufficient to rebut Defendant's motion. Summary judgment for Defendant is, therefore, appropriate.